**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERICK JOEL QUINTERO RAGA,

Petitioner,

v.

SENIOR WARDEN, ADELANTO DETENTION FACILITY, *et al.*,

Respondents.

Case No. 5:26-cv-03671-AH-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition; (2) a writ of habeas corpus is issued requiring Respondents to provide Petitioner Erick Joel Quintero Raga (A#: 246-060-731) an individualized bond

/ / /

/ / /

/ / /

hearing before an immigration judge within seven (7) days or otherwise release Petitioner from custody under the same conditions that existed before Petitioner's detention; and (3) dismissing the Motion for Temporary Restraining Order (Dkt. 2) as moot.

DATED: AUGUST 18, 2026

HON. ANNE HWANG
United States District Judge