JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICK JOEL QUINTERO RAGA,<br>Petitioner,<br>v.<br>SENIOR WARDEN, ADELANTO DETENTION FACILITY, *et al.*,<br>Respondents. | Case No. 5:26-cv-03671-AH-ACCV<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the July 27, 2026 Report and Recommendation of United States Magistrate Judge. (Dkt. 17.)

DATED: AUGUST 18, 2026

HON. ANNE HWANG
United States District Judge